IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARCUS LAQUEZ LESTER                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:03CV1045LN

S. PREVOST                                                                    DEFENDANT

## ORDER OF REFERRAL

The complaint in this matter submitted concerns challenges to the conditions of confinement. As provided in 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure, this Court may designate and assign a magistrate judge to hear a prisoner petition challenging the conditions of confinement. This Court hereby refers this matter to United States Magistrate Judge Alfred G. Nicols, Jr. to submit to the district judge assigned to this cause proposed findings of fact and recommendations for the disposition of this case.

IT IS SO ORDERED, this the  24th  day of  May,  2005.


                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE